IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEFF S. HARNDEN,

    Plaintiff,

  v.

CALIFORNIA; JUDY GLOVER; CORRECTIONAL OFFICER MURRAY; WARDEN AYERS,

    Defendants.
                                     /

No. C 10-3539 WHA (PR)

**ORDER OF DISMISSAL**

      This case was inadvertently opened by the clerk as a separate case from *Harnden v. California, et al.*, No. C 10-3535 (PR) WHA. Plaintiff sent two copies of a complaint in along with a filing fee. The original complaint was filed as the complaint in Case No. C 10-3535 (PR) WHA, and the instant matter was opened based on the copy of the complaint. As a result, the complaint in this is simply a photocopy of the complaint mailed by plaintiff with the original complaint filed in his earlier case. There is no apparent intention on the part of plaintiff, nor is there any need, for a second case to be opened based on the copy of the complaint he mailed to the court with the original. Accordingly, this action is **DISMISSED**. The clerk's notice (docket number 2) was issued in error and is **VACATED**.

      The clerk shall close the file.

      **IT IS SO ORDERED.**

Dated: August __30__, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.10\HARNDEN3539.DSM.wpd