IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF S. HARNDEN,<br><br>    Plaintiff,<br><br>  v.<br><br>CALIFORNIA; JUDY GLOVER;<br>CORRECTIONAL OFFICER<br>MURRAY; WARDEN AYERS,<br><br>    Defendants. | No. C 10-3535 WHA (PR)<br><br>**ORDER DENYING<br>RECONSIDERATION MOTION**<br><br>(Docket No. 11) |

    Plaintiff, a California prisoner proceeding pro se filed this civil rights action pursuant to 42 U.S.C. 1983. The complaint was dismissed for lack of exhaustion because plaintiff stated in his complaint that he had not exhausted because "if DNA frees me . . . I will be a walking Yelling Stomping ASS Grievance Proceedure [sic]." He has filed a motion for reconsideration that is largely incoherent and sets forth no reason for altering the conclusion in the order of dismissal. Consequently, the motion for reconsideration (docket number 11) is **DENIED**.

    **IT IS SO ORDERED.**

Dated: October   25  , 2010.

                                                         WILLIAM ALSUP<br>
                                                         UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.10\HARNDEN3535.REC.wpd